523 P.2d 16

**John PADILLA, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 9999.

Supreme Court of New Mexico.

May 10, 1974.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1249, 86 N.M. 283, 523 P.2d 17 be and the same is hereby returned to the Clerk of the Court of Appeals.

523 P.2d 16

**ARCOA INTERNATIONAL, INC., et al., Petitioners,**

v.

**William F. WILLIAMS and Marjorie H. Williams, Respondents.**

No. 10016.

Supreme Court of New Mexico.

May 24, 1974.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1281, 86 N.M. 289, 523 P.2d 23 be and the same is hereby returned to the Clerk of the Court of Appeals.

523 P.2d 16

**Michael Arthur RHEA, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 10027.

Supreme Court of New Mexico.

June 4, 1974.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1364, 86 N.M. 292, 523 P.2d 26 be and the same is hereby returned to the Clerk of the Court of Appeals.

523 P.2d 16

**Elise NORIEGA, Petitioner,**

v.

**CITY OF ALBUQUERQUE, Respondent.**

No. 10039.

Supreme Court of New Mexico.

June 6, 1974.

Ordered that petition for writ of certioari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1336, 86 N.M. 295, 523 P.2d 29 be and the same is hereby returned to the Clerk of the Court of Appeals.